No. 3127. MANGUAL, INTERVENOR AND APPELLANT, *v.* SUÁREZ, COUNTER-COMPLAINANT AND APPELLEE, AND HERNÁNDEZ, DEFENDANT AND APPELLEE.—District Court of Aguadilla. De-

cided November 16, 1923. Dismissed for failure to file transcript in time.